# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-432-866**

**Effective Date of Registration:**
January 09, 2025
**Registration Decision Date:**
February 13, 2025

---

## Title

**Title of Work:** Cloud Urchins / Rain Spots

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 31, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Tanya Paget
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Tanya Paget
Faibhile, Pluscarden, by Elgin, Moray, Scotland, IV30 8TZ, United Kingdom

## Rights and Permissions

**Name:** Tanya Paget
**Email:** tanya@albaquirky.com
**Address:** Faibhile, Pluscarden, by Elgin
Moray
Scotland IV30 8TZ United Kingdom

## Certification

**Name:** David Denholm
**Date:** January 09, 2025

