IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA PAGET, | |
| Plaintiff, | Civil Action No. 25-cv-1106 |
| v. | (Judge Hardy) |
| AMXYFBK, et al., | |
| Defendants. | **FILED UNDER SEAL** |

**ORDER ON PLAINTIFF'S *EX PARTE* MOTION FOR AN ORDER CONTINUING THE SHOW CAUSE HEARING, MODIFYING THE BRIEFING SCHEDULE, AND EXTENDING THE TEMPORARY RESTRAINING ORDER**

On this day the Court considered Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order, Continue the Order to Show Cause Hearing, and Modify Schedule. Having reviewed the Motion with supporting legal authority, and the Declaration of Stanley D. Ference III, the same having established that good cause exists for granting Plaintiff's Application, Plaintiff's Application is hereby **GRANTED** as follows (the "Order"):

**ORDER**

A. For the reasons set forth in Plaintiff's Motion, good cause exists to extend the Temporary Restraining Order (Docket No. 17) as Third Party Providers have not yet provided contact information for all of the defendants and service has not been effectuated. It is hereby ORDRED that the Temporary Restraining Order shall remain in effect until further Order of this Court.

B. IT IS FURTHER ORDERED that defendants shall show cause before this Court in the United States District Court for the Western District of Pennsylvania, in Courtroom 3B, 3rd Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, **at a date to be set by further Order of Court,** why a preliminary injunction, pursuant to FRCP 65(a), should not issue. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.**

B. IT IS FURTHER ORDERED that Plaintiff shall file the additional materials set forth in the Order of July 24, 2025 (ECF No. 17), and the supplemental materials set forth in the Order of July 24, 2025 (ECF No. 16) by **August 18, 2025** unless leave of Court is requested for an extension.

C. IT IS FURTHER ORDERED that defendants shall submit opposing papers, if any, which shall be filed electronically with the Court and served on Plaintiff's counsel by delivering copies thereof to the office of Ference & Associates LLC at 409 Broad Street, Pittsburgh, Pennsylvania 15143 **by a date to be set by further Order of Court.**

D. IT IS FURTHER ORDERED, after Plaintiffs' counsel has received confirmation from the Third Party Service Providers and Financial Institutions or otherwise, regarding the restraint of funds directed herein, Plaintiffs shall serve copies of the Complaint, the Application, this Order, all prior Orders, and any Discovery on each Defendant via their corresponding email/online contact form provided on the Internet based e-commerce stores operating under the respective Seller IDs, or by providing a copy of this order by e-mail to the marketplace platform, which in turn notifies each Defendant of the Order, or by other means reasonably calculated to give notice which is permitted by the Court. In addition, Plaintiffs shall post copies of the Complaint, Application, this Order, any Discovery, and all other pleadings and documents filed

in this action on a website designated by Plaintiff, and shall provide the website address to Defendants via e-mail/online contact form, and such notice so given shall be deemed good and sufficient service thereof. Plaintiffs shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by regularly updating the website designated by Plaintiff or by other means reasonably calculated to give notice which is permitted by the Court.

E. IT IS FURTHER ORDERED that Plaintiff shall file a status report updating the Court on the status of service by **August 11, 2025** and every 7 days thereafter until service has been effectuated.

**SO ORDERED.**

SIGNED this 5TH day of August, 2025, at 2:30 p.m.
Pittsburgh, Pennsylvania

_____
W. Scott Hardy
UNITED STATES DISTRICT JUDGE