IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA PAGET, <br><br> Plaintiff, <br><br> v. <br><br> AMXYFBK, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-1106 <br><br> (Judge Hardy) <br><br> **FILED UNDER SEAL** |

### ORDER ON PLAINTIFF'S *EX PARTE* MOTION TO MODIFY THE BRIEFING SCHEDULE

On this day the Court considered Plaintiff's *Ex Parte* Motion to Modify the Briefing Schedule, the same having established that good cause exists for granting Plaintiff's Motion, Plaintiff's Motion is hereby **GRANTED** as follows (the "Order"):

### ORDER

Plaintiff shall file the additional and supplemental materials no later than August 25, 2025.

**SO ORDERED.**

SIGNED this  19th  day of August, 2025.
Pittsburgh, Pennsylvania

/s/ W. Scott Hardy
W. Scott Hardy
UNITED STATES DISTRICT JUDGE