IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA PAGET, <br><br> Plaintiff, <br> v. <br><br> AMXYFBK(7-15 days delivery ) ⭐⭐⭐⭐⭐ et al., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01106 <br><br> (Judge Hardy) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: AMXYFBK(7-15 days delivery ) ⭐⭐⭐⭐⭐, Barnrae, Big Clearance Deals CCHZYSKO, Biziza wardrobe, CF TQWQT, CHEN-FASHION((7-15 Days Delivery), colorful designs, DFDHKDJ ( Best Sellers➤Lightning Deals of Today), Dimaijia, DuDubaby Sale Up to 50% off, HanYuWang ⚡ Black Friday Deals ⚡ 7-15 Days, Happy Everyday【Deals of The Day 】, HOXZODT, HPJKLYTR-【7-10Days Delivery】, HTHLVMD Clothing Store, HYYGOCCTV, Jnyipe, KaShe, LAGHDSK 2025 Spring Fashion ➤6-12 days↘, LAYHTKTL, lightning deals of today prime 2025, llxxyue, meisly, MKLUNJOP my orders placed recently by me, Niffouu, NIUQI Prime Day Deals Today 2024, NJKHMCFTIR, No ending, Numaller-Spring Deals 7-20 Days Deliver, NUODIWL Women Clothes Clearance Sale, ongwaman, OSMUAL, pwidon, QWERTYU, RALUEMID, sksloeg, suibiangaodian, SXMURP Black Friday Deals 2024 50% Off, TingM(US Store),

Todays Daily Deals-PLDK-DAD, UDAUDU ➤6-12 days↘, UQRZAU, YDKZYMD, YUedda, ZWSPTO-US, with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

                                        Respectfully submitted,

Dated: September 30, 2025            /s/ Stanley D. Ference III
                                             Stanley D. Ference III
                                             Pa. ID No. 59899
                                             courts@ferencelaw.com

                                             FERENCE & ASSOCIATES LLC
                                             409 Broad Street
                                             Pittsburgh, Pennsylvania 15143
                                             (412) 741-8400 – Telephone
                                             (412) 741-9292 – Facsimile

                                             Attorneys for Plaintiff